1  SERENA M. WARNER, S.B. #264799
      Email: swarner@akk-law.com
2  JOHN A. WHITESIDES, S.B. #125611
      Email: jwhitesides@akk-law.com
3  **ANGELO, KILDAY & KILDUFF, LLP**
4  Attorneys at Law
   601 University Avenue, Suite 150
5  Sacramento, CA  95825
6  Telephone: (916) 564-6100
   Telecopier: (916) 564-6263

7
   Attorneys for Defendants COUNTY OF YOLO (also sued as "YOLO COUNTY CHILD
8  WELFARE SERVICES" and [perhaps] "YOLO COUNTY OMBUDSMAN"), JESUS LEYVA,
   MARISSA GREEN, APRIL GODWIN, SALAAM SHABAZZ, CATE GIACOPUZZI-ROTZ,
9  REBEKAH HEINENBERGER, AMANDA EKMAN, JENNIE PETTET, CORI CHAPIN,
10 ALEXANDRIA NELSON, BREANNA KRAFT, VALERIE ZELLER, KARLEEN JAKOWSKI
   (erroneously spelled "JACKOWSKI"), MEGHAN MORRIS, ERICA JIMENEZ, GINA
11 SHABAZZ, CHRISTINA MACIEL, JOSEFINA ELLIOTT, JEN MAGEE, and GARY SANDY,
   CITY OF WOODLAND (sued as "WOODLAND POLICE DEPARTMENT" and as KEN
12 HIATT, in his official capacity), OFFICER JOSETTE FAIR, SGT. GREGORY ELLIOTT, SGT.
13 STEPHEN GUTHRIE, CORPORAL JEFFREY MOE

14
15                           **UNITED STATES DISTRICT COURT**
                              **EASTERN DISTRICT OF CALIFORNIA**
16
17
18 | SHANA SENEKA, | ) | Case No.: 2:20-cv-01621-TLN-CKD |
   |---|---|---|
19 |                Plaintiff, | ) | **STIPULATION AND ORDER** |
   |  | ) | **EXTENDING HEARING DATE ON** |
20 |          vs. | ) | **DEFENDANTS' MOTIONS TO DISMISS** |
   |  | ) | **PLAINTIFF'S FIRST AMENDED** |
21 | COUNTY OF YOLO, et al. | ) | **COMPLAINT [Rule 12(b)(6)]** |
22 |  | ) |  |
   |                Defendants. | ) | Date:         December 9, 2020 |
23 |  | ) | Time:         10:00AM |
   |  | ) | Ctrm.          24 |
24 |  | ) | Honorable Carolyn K. Delaney |
25 |  | ) |  |

26     Plaintiff SHANA SENEKA and Defendants COUNTY OF YOLO, MARISSA GREEN,
27 APRIL GODWIN, SALAAM SHABAZZ, CATE GIACOPUZZI-ROTZ, REBEKAH
28 HEINENBERGER, AMANDA EKMAN, JENNIE PETTET, CORI CHAPIN, ALEXANDRIA

---
-1-
**STIPULATION AND [PROPOSED] ORDER EXTENDING HEARING DATE ON COUNTY
DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

1  NELSON, BREANNA KRAFT, VALERIE ZELLER, KARLEEN JAKOWSKI, MEGHAN
2  MORRIS, ERICA JIMENEZ, GINA SHABAZZ, CHRISTINA MACIEL, JOSEFINA ELLIOTT,
3  JEN MAGEE, and GARY SANDY (hereinafter "County Defendants"), Defendants CITY OF
4  WOODLAND, OFFICER JOSETTE FAIR, SGT. GREGORY ELLIOTT, SGT. STEPHEN
5  GUTHRIE, and CORPORAL JEFFREY MOE (hereinafter "City Defendants"), and Defendants
6  State of California Department of Social Services and the Office of the Foster Care Ombudsperson
7  (hereinafter "State Defendants") hereby stipulate as follows:

8  WHEREAS County Defendants, City Defendants, and State Defendants each filed a
9  motion to dismiss Plaintiff Seneka's First Amended Complaint, all three of which are currently set
10 for December 9, 2020 at 10am in Courtroom 24;

11 WHEREAS Plaintiff Seneka requested additional time to respond to the motions due to
12 recent illness;

13 WHEREAS these Defendants are amenable to an extension of time to respond if the
14 hearing date is continued as well;

15 WHEREAS a scheduling conference in this case is already scheduled for January 13, 2021;

16 Plaintiff, County Defendants, City Defendants, and State Defendants stipulate, with this
17 Court's permission, to continue the hearings on the three motions to dismiss to January 13, 2021.

18 **SO STIPULATED.**

19 Dated: November 10, 2020                ANGELO, KILDAY & KILDUFF, LLP

21                                        By:__/s/ Serena M. Warner_____
                                              SERENA M. WARNER
22                                            JOHN A. WHITESIDES
                                              Attorneys for Defendants
23
24                                        STATE OF CALIFORNIA

25 Dated: Nov. 6, 2020

26                                        By: _/s/ Lisa Tillman_____
                                              LISA TILLMAN
27                                            Attorneys for Defendants California
                                              Department of Social Services and
28                                            California Office of the Foster Care
                                              Ombudsperson

Dated:  Nov. 6, 2020

By: ___*/s/ Shana Seneka*_____
    Shana Seneka, Plaintiff
    In Propria Persona

## ORDER

**IT IS SO ORDERED.**

Dated:  November 10, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE