UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANA SENEKA, | No. 2:20-cv-01621-TLN-CKD |
| Plaintiff, | |
| v. | **ORDER** |
| COUNTY OF YOLO, et al., | |
| Defendants. | |

Plaintiff Shana Seneka ("Plaintiff"), an individual proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983 ("§ 1983"). This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(21).

On January 21, 2021, the magistrate judge filed findings and recommendations herein which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 27.) That time period has passed and no party has objected to the findings and recommendations.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed January 21, 2021 (ECF No. 27), are ADOPTED IN FULL;

2. Defendants' Motions to Dismiss (ECF Nos. 8, 10, 11, 12) are GRANTED as follows:

    a. Plaintiff's Title II of the Americans with Disabilities Act ("ADA") and § 1983 claims against the State of California, California Health and Human Resources, California Department of Social Services, California Foster Care Ombudsperson, the Attorney General of California, Robin Seneka, Whitney Kulp, Ashley Mooney, Natalie Moore, and Mikaela West are DISMISSED with prejudice;

    b. Plaintiff's ADA and § 1983 claims against Yolo County, City of Woodland Police Department, Yolo County Child Welfare Services, Commission on Judicial Performance, Marissa Green, April Godwin, Salaam Shabazz, Cate Giacopuzzirotz, Rebekah Heinenberger, Amanda Ekman, Jennie Pettet, Cori Chapin, Alexandria Nelson, Breanna Kraft, Valerie Zeller, Karleen Jackowski, Meghan Morris, Erica Jimenez, Gina Shabazz, Christina Maciel, Josefina Elliott, Brenda Gage, Josette Fair, Gregory Elliott, Stephen Guthrie, Jeffrey Moe, Jen Magee, Gary Sandy, and Ken Hiatt are DISMISSED without prejudice;

    c. Plaintiff's claims for injunctive relief, titled "Injunction for Removal of Civil Action," under 28 U.S.C. §§ 1443 and 1446 are DISMISSED with prejudice;

    d. Plaintiff's claim requesting a transfer of venue pursuant to California Civil Procedure Code § 397.5 is DISMISSED with prejudice;

    e. Plaintiff's claim for a temporary and preliminary restraining order is DISMISSED with prejudice;

    f. Plaintiff's claim for a declaratory judgment is DISMISSED without prejudice; and

///

3. Plaintiff is granted thirty (30) days from the date of service of this Order to file a Second Amended Complaint that complies with the requirements of the Federal Rules of Civil Procedure, the Local Rules, and the Findings and Recommendations filed January 21, 2021.

IT IS SO ORDERED.

DATED: April 13, 2021

Troy L. Nunley
United States District Judge