UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANA SENEKA,<br><br>    Plaintiff,<br><br>  v.<br><br>COUNTY OF YOLO, et al.,<br><br>    Defendant. | No.  2:20-cv-01621-TLN-CKD (PS)<br><br>FINDINGS AND RECOMMENDATIONS |

Plaintiff proceeds pro se in this action, which was referred to the undersigned by Local Rule 302(c)(3) pursuant to 28 U.S.C. § 636(b)(1). In an order entered on April 14, 2021, the court granted defendants' motions to dismiss and dismissed all claims in the first amended complaint. Plaintiff was granted thirty days to file a second amended complaint. (ECF No. 29.) The time granted for plaintiff to file a second amended complaint has passed and plaintiff has neither filed a second amended complaint nor sought an extension of time to do so.

Accordingly, IT IS RECOMMENDED:

1. This action be dismissed for failure to prosecute. See Fed. R. Civ. P. 41(b); and

2. The Clerk's office be directed to close this case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days

1

after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  June 9, 2021

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8.Seneca.20cv1621.fta