UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SHANA SENEKA,

Plaintiff,

v.

COUNTY OF YOLO, et al.,

Defendants.

No. 2:20-cv-01621-TLN-CKD

**ORDER**

Plaintiff Shana Seneka ("Plaintiff"), an individual proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983 ("§ 1983"). This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(21).

On June 9, 2021, the magistrate judge filed findings and recommendations herein which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 30.) That time period has passed and no party has objected to the findings and recommendations.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

1        Accordingly, IT IS HEREBY ORDERED:

2        1.   The Findings and Recommendations filed June 9, 2021 (ECF No. 30), are ADOPTED

3            IN FULL;

4        2.   This action is DISMISSED for failure to prosecute, *see* Fed. R. Civ. P. 41(b); and

5        3.   The Clerk of the Court is directed to close this case.

6        IT IS SO ORDERED.

7  DATED:  July 30, 2021

8

9

10                    _____

11                    Troy L. Nunley
                           United States District Judge